UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 5:26-cv-01083-AH-(DFM) | Date March 16, 2026 |
| Title *Mohammad Samiy v. Kristi Noem et al.* | |

Present: The Honorable   Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER GRANTING APPLICATION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 3)**

On March 9, 2026, Mohammad Samiy ("Petitioner") filed a petition against Respondents Kristi Noem, Pamela Bondi, Thomas Giles, James Pilkington, and Warden Desert View Annex ("Respondents"), seeking a writ of habeas corpus. Dkt. No. 1. On the same day, Petitioner filed an Application for a Temporary Restraining Order ("Application"). Appl., Dkt. No. 3. The Court ordered briefing on the Application. Dkt. No. 5. On March 12, 2026, Respondents filed a response indicating that they do not have an opposition argument to present, Dkt. No. 7, and on the same day Petitioner filed a Reply, Dkt. No. 8. On March 16, 2026, the Court held a hearing, converted the Motion to a Motion for Preliminary Injunction without objection from the parties, and issued an oral ruling.

For the reasons discussed at the hearing, the Court **GRANTS** Petitioner's Motion for a Preliminary Injunction. Respondents are ordered to immediately release Petitioner from custody under the same conditions previously imposed,

without further restrictions and are **ENJOINED** from re-detaining Petitioner without a pre-deprivation hearing before a neutral decisionmaker.

    **IT IS SO ORDERED.**