# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

|  |  |
|---|---|
| MOHAMMAD SAMIY,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN et al.,<br><br>Respondents. | Case No. 5:26-cv-01083-AH-DFM<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that:

1.  The Petition for Writ of Habeas Corpus is GRANTED.

2.  Respondents are permanently enjoined from re-detaining Petitioner without a pre-deprivation hearing before a neutral decisionmaker.

Date: MAY 15, 2026

_____
ANNE HWANG
United States District Judge